■ In the Matter of JOHN COLVIN.—Motion for, *inter alia,* reversal of Family Court order entered on April 30, 1985, granted, the order is reversed, on the law, without costs and without disbursements, and the matter remitted to the Family Court for appropriate further proceedings. Concur—Kupferman, J. P., Sullivan, Ross, Carro and Asch, JJ.